IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **D.A.G.H.**, <br><br> Petitioner, <br><br> v. <br><br> **LaDeon Francis,** ICE Atlanta Field Director, *et al.*, <br><br> Respondents. | Civil Action No. <br> 1:26-cv-01126-ELR |

## ORDER

This action was brought by Petitioner D.A.G.H., proceeding pseudonymously, seeking a writ of habeas corpus under 28 U.S.C. § 2241 ordering his release from the custody of U.S. Immigration and Customs Enforcement (ICE).

The Court has been notified by Respondents that Petitioner was voluntarily released from ICE custody on March 10, 2026. Respondents suggest that the case is now moot, citing the case of *Djadju v. Vega*, 32 F.4th 1102, 1107 (11th Cir. 2022), because no relief remains to be granted.

The Court, having considered the parties' arguments, agrees that this case is moot and due to be dismissed for lack of further jurisdiction. Respondents' Motion to Dismiss [Doc. 15] is **GRANTED.** Petitioner's Second Motion for Temporary Restraining Order [Doc. 8] is **DENIED AS MOOT**.

1

The Clerk is **DIRECTED** to close this case.

SO ORDERED this 26th day of March, 2026.

_____
Hon. Eleanor L. Ross
United States District Judge